Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Jason P. Totin** : | Case No. 19−24294−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to ECF No. 51 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 29th of December, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24294-JAD
Jason P. Totin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 3
Date Rcvd: Dec 29, 2021    Form ID: 309    Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P. Totin, 3563 Huntertown, Allison Park, PA 15101-5012 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15157333 | | CONSOLIDATED COMMUNICATIONS, c/o COLLECTIONS SERVICE CENTER, PO BOX 560, New Kensington, PA 15068-0560 |
| 15157334 | + | CONTINENTAL FINANCE COMPANY, 4550 NEW LINDEN HILL ROAD, STE 400, Wilmington, DE 19808-2952 |
| 15172704 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15157338 | | FREEDOM MORTGAGE, PO BOX 50428, Indianapolis, IN 46250-0401 |
| 15181121 | + | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15426295 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15151128 | + | Freedom Mortgage Corporation, c/o KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 15157340 | + | HUD, 451 7TH STREET SW, Washington, DC 20440-0001 |
| 15426294 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15157344 | | SYNCHRONY BANK, PO BOX 465024, Orlando, FL 32896-7880 |
| 15157348 | | TMOBILE, c/o DIVERSIFIELD CONSULTANTS, PO BOX 557268, Jacksonville, FL 32255 |
| 15159642 | + | U.S. Department of HUD, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 30 2021 04:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 29 2021 23:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15157328 | + | EDI: GMACFS.COM | Dec 30 2021 04:18:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 15175219 | | EDI: ATLASACQU | Dec 30 2021 04:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15172925 | | EDI: GMACFS.COM | Dec 30 2021 04:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15157329 | + | EDI: PRA.COM | Dec 30 2021 04:18:00 | CAPITAL ONE, c/o PORTFOLIO RECOVERY, 120 CORPORATE BLVD, STE 100, Norfolk, VA 23502-4952 |
| 15157330 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 29 2021 23:14:00 | CLEARVIEW FCU, 8805 UNIVERSITY BLVD., Coraopolis, PA 15108-4212 |
| 15157331 | + | EDI: MID8.COM | Dec 30 2021 04:18:00 | COMENITY BANK, c/o MIDLAND FUNDING LLC, 320 EAST BIG BEAVER ROAD, Troy, MI 48083-1238 |
| 15157332 | + | EDI: WFNNB.COM | Dec 30 2021 04:18:00 | COMENITY BANK/EXPRESS, PO BOX 182789, Columbus, OH 43218-2789 |
| 15157335 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-24294-JAD    Doc 54    Filed 12/31/21    Entered 01/01/22 00:25:30    Desc Imaged
                       Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 309 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 29 2021 23:24:27 | CREDIT ONE BANK, c/o LVNV FUNDING LLC, ATTN: RESURGENT CAPITAL SERVICES, PO BOX 1269, Greenville, SC 29602-1269 |
| 15172704 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2021 23:24:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15157336 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 29 2021 23:14:00 | DUQUESNE LIGHT COMPANY, C/O PETER J. ASHCROFT, ESQ., 707 GRANT STREET, STE 2200 GULF TOWER, Pittsburgh, PA 15219-1908 |
| 15178970 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 29 2021 23:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15157341 | + | Email/Text: BKRMailOPS@weltman.com | Dec 29 2021 23:14:00 | JARED-GALLERIA OF JEWELRY, 375 GHENT ROAD, Akron, OH 44333-4601 |
| 15157337 | | EDI: JEFFERSONCAP.COM | Dec 30 2021 04:18:00 | FINGERHUT, c/o JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND ROAD, Saint Cloud, MN 56303 |
| 15159378 | | EDI: JEFFERSONCAP.COM | Dec 30 2021 04:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15157342 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2021 23:14:00 | KOHLS DEPARTMENT STORE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15179458 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2021 23:24:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178656 | + | EDI: MID8.COM | Dec 30 2021 04:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15169997 | | EDI: PRA.COM | Dec 30 2021 04:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15157343 | + | EDI: PRA.COM | Dec 30 2021 04:18:00 | SYNCHRONY BANK, c/o PORTFOILIO RECOVERY, 120 CORPORATE BLVD. STE 100, Norfolk, VA 23502-4952 |
| 15157345 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCHRONY BANK/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 15157346 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCHRONY BANK/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15151559 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15157945 | | EDI: AIS.COM | Dec 30 2021 04:18:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15157347 | + | EDI: PHINGENESIS | Dec 30 2021 04:18:00 | THE BANK OF MISSOURI, PO BOX 4499, Beaverton, OR 97076-4499 |
| 15157349 | + | EDI: JEFFERSONCAP.COM | Dec 30 2021 04:18:00 | VERIZON WIRELESS, c/o JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND ROAD, Saint Cloud, MN 56303-2198 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| | | | |
|---|---|---|---|
| 15180671 | *P++ | | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15157339 | *+ | | Freedom Mortgage Corporation, c/o KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Keri P. Ebeck
              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
              mario.hanyon@brockandscott.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
              on behalf of Debtor Jason P. Totin Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski
              on behalf of Plaintiff Jason P. Totin Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

S. James Wallace
              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 9