**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JASON P. TOTIN | Case No.:19-24294 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/01/2019 and confirmed on 12/20/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,805.50 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,800.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,945.00 | |
|    Trustee Fee | 3,267.67 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,212.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 38,584.19 | 0.00 | 38,584.19 |
|     Acct: 5745 | | | | |
|   US DEPARTMENT OF HUD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1005 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 49,808.09 | 6,956.69 | 0.00 | 6,956.69 |
|     Acct: 5745 | | | | |
|   CLEARVIEW FCU** | 12,147.00 | 4,746.03 | 300.92 | 5,046.95 |
|     Acct: 1599 | | | | |
| | | | | 50,587.83 |
| **Priority** | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON P. TOTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON P. TOTIN | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 945.00 | 945.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/20 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 805.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLY FINANCIAL** | 11,965.96 | 0.00 | 0.00 | 0.00 |
| Acct: 6222 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 466.88 | 0.00 | 0.00 | 0.00 |
| Acct: 2349 | | | | |
| CLEARVIEW FCU** | 575.76 | 0.00 | 0.00 | 0.00 |
| Acct: 1599 | | | | |
| MIDLAND FUNDING LLC | 2,221.04 | 0.00 | 0.00 | 0.00 |
| Acct: 2585 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSOLIDATED COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GSF | | | | |
| CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 598.72 | 0.00 | 0.00 | 0.00 |
| Acct: 5468 | | | | |
| DUQUESNE LIGHT COMPANY* | 512.59 | 0.00 | 0.00 | 0.00 |
| Acct: 6212 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 566.43 | 0.00 | 0.00 | 0.00 |
| Acct: 4578 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 429.32 | 0.00 | 0.00 | 0.00 |
| Acct: 9613 | | | | |
| CAPITAL ONE NA** | 594.37 | 0.00 | 0.00 | 0.00 |
| Acct: 8131 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 701.66 | 0.00 | 0.00 | 0.00 |
| Acct: 2530 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERICA | 1,695.87 | 0.00 | 0.00 | 0.00 |
| Acct: 6555 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,477.35 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| CLEARVIEW FCU** | 9,623.38 | 0.00 | 0.00 | 0.00 |
| Acct: 1599 | | | | |
| CLEARVIEW FCU** | 412.51 | 0.00 | 0.00 | 0.00 |
| Acct: 1599 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,091.06 | 0.00 | 0.00 | 0.00 |
| Acct: 7784 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7913 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24294 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***N O N E ***

TOTAL PAID TO CREDITORS                                                               50,587.83

TOTAL CLAIMED
PRIORITY              0.00
SECURED           61,955.09
UNSECURED      32.932.90

Date: 02/04/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com